IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-60339
Summary Calendar
_____

JANE DOE II,

                                        Plaintiff-Appellant,

                    versus

WILLIAM T. FERRELL, JR.,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
USDC No. 5:94-CV-86

_____
December 14, 1995
Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    The appellant appeals from the district court's order granting
the defendant's motion for summary judgment.  She argues that there
remained genuine issues of material fact concerning her claims
against the defendant under 42 U.S.C. § 1983 and under Mississippi
tort law.  We have reviewed the record and the district court's
opinion and find no reversible error.  Accordingly, we AFFIRM for
essentially the reasons given by the district court.  Doe v.
Ferrell, No. 5:94-CV-86 (S.D. Miss. Apr. 28, 1995).

                                        A F F I R M E D.

_____

    [*]Local Rule 47.5 provides:  "The publication of opinions that
have no precedential value and merely decide particular cases on
the basis of well-settled principles of law imposes needless
expense on the public and burdens on the legal profession."
Pursuant to that Rule, the court has determined that this opinion
should not be published.